IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.. | Civil Action No.  08 CV 02838 |
| Plaintiff, | |
| | **Rule 7.1 Statement** |
| RINCON HAVANERO INC. d/b/a RINCON HAVANERO RESTAURANT and JOAQUIN RUBI | |
| Defendants, | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date:   3/14/08                                         /s/ Paul J. Hooten
                                                        Signature of Attorney
                                                        Paul J. Hooten, Esq.
                                                        Attorney Bar Code: PJH9510