UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
      Plaintiff,      Index # 08-CV-028538
 -against-
                **CERTIFICATE OF SERVICE**
RINCON HAVANERO INC.
d/b/a RINCON HAVANERO RESTAURANT
and JOAQUIN RUBI
      Defendants,

_____

  I certify that a copy of the Honorable Jed S. Rakoff Notice of Court Conference and a copy of the Individual Rules of Practice was sent via the U.S. Postal Service certified mail within the State of New York, First Class Mail addressed to the following on March 24, 2008:

To: Rincon Havanero Inc.
   d/b/a Rincon Havanero Restaurant
   463 East Tremont Avenue
   Bronx, NY 10453

   Joaquin Rubi
   c/o Rincon Havanero Restaurant
   463 East Tremont Avenue
   Bronx, NY 10453

   Joaquin Rubi
   3003 Heath Avenue, Apt. 3
   Bronx, NY 10463


          By: /s/ Lucille Eichler
            Lucille Eichler
            Paul J. Hooten & Associates
            5505 Nesconset Highway, Suite 203
            Mt. Sinai, NY 11766