UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
J&J SPORTS PRODUCTION, INC.

                    Plaintiff          Index#: 08-CV-2838-JSR

        -against-


RINCON HAVANERO, INC.
d/b/a RINCON HAVANERO RESTAURANT
JOAQUIN RUBI

                    Defendant
-----------------------------------x

PLAINTIFF'S INITIAL DISCLOSURE

        Pursuant to the requirement of Federal Rule of Civil
Procedure 26(a)(1), J&J Sports Production, Inc. Plaintiff in the
above-titled action, makes the following disclosures by and
through its undersigned counsel:

        1.  Initial Disclosures

        (A) The identity of each individual likely to have
discoverable information relevant to disputed facts alleged with
particularity in the Complaint is as follows:

        (1) J&J Sports Production, Inc. c/o Thomas P. Riley, P.C.,
First Library Square, 1114 Fremont Avenue, South Pasadena, CA
91030-3227; having knowledge as to the unauthorized publication
and use of the telecast of Erik Morales and Manny Pacquiao on
March 19, 2005 at the Rincon Havanero Inc. d/b/a Rincon Havanero
Restaurant.

        (2) Rincon Havanero Inc. d/b/a Rincon Havanero Restaurant
and Joaquin Rubi ("Defendant"),  463 East Tremont Avenue, Bronx,
New York; with knowledge as to the information of the
unauthorized publication and use of the telecast of Erik Morales
and Manny Pacquiao on March 19, 2005 at the Rincon Havanero Inc.
d/b/a Rincon Havanero Restaurant.

        (B) All documents, date complications, and tangible things
that are in possession, custody, or control of J&J Sports
Productions, Inc., may use to support its claims and/or defenses
include the following:

    (1) Copy of investigators report;
    (2) Responses to discovery;
    (3) Deposition testimony, if any;
    (4) any other relevant document not yet discovered by
        Plaintiff which would be relevant to Plaintiff's
        case.

The documents are located or will be located at the offices of Thomas P. Riley, PC, First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227 and Paul J. Hooten & Associates, PLLC, 5505 Nesconset Hwy., Suite 203, Mt. Sinai, New York 11766/ There may be other documents that may be relevant that are not yet known which may be used to support the claims and/or defenses of J&J Sports Productions, Inc.

( C ) Damages to Plaintiff arising from the Defendant's authorized use of the telecast of Erik Morales and Manny Pacquiao on March 19, 2005 at the Rincon Havanero Inc. d/b/a Rincon Havanero Restaurant and attorney fees and costs.

(D) Fed.R.Civ. P. 26 (a)(1)(D) does not apply to this matter.

Respectfully submitted,

Date: May 12, 2008

/s/ Paul J. Hooten
PAUL J. HOOTEN & ASSOCIATES
ATTORNEY FOR PLAINTIFF
5505 Nesconset Hwy., Suite 203
Mt. Sinai, New York 11766
(631)331-0547

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
J&J SPORTS PRODUCTION, INC.

                Plaintiff          Index#: 08-CV-2838-JSR

      -against-


RINCON HAVANERO, INC.
d/b/a RINCON HAVANERO RESTAURANT
JOAQUIN RUBI

                Defendant
-----------------------------------x
```

CERTIFICATE OF SERVICE


I certify that a copy of the plaintiff's initial disclosures pursuant to Federal Rules of Civil Procedure was sent to the following via U.S. Postal Service, postage prepaid, on May 13, 2008:

Rincon Havanero Inc.
d/b/a Rincon Havanero Restaurant
463 East Tremont Avenue
Bronx, NY 10453

Joaquin Rubi
463 East Tremont Avenue
Bronx, NY 10453

Joaquin Rubi
3003 Heath Avenue - Apt 3
Bronx, NY 10463

May 13, 2008

./s/ _____
Cheryl Lorefice
```
PAUL J. HOOTEN & ASSOCIATES
ATTORNEY FOR PLAINTIFF
5505 Nesconset Hwy., Suite 203
Mt. Sinai, New York 11766
(631)331-0547
```