UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                    Plaintiff          CIVIL NO. 08-CV-02838

  -AGAINST-

RINCON HAVANERO INC.
d/b/a RINCON HAVANERO RESTAURANT
and JOAQUIN RUBI                **DEFAULT JUDGMENT**

                   Defendant
-----------------------------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-4-08]

      This action having been commenced on March 17, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, Rincon Havanero Inc. d/b/a Rincon Havanero Restaurant on April 21, 2008, and proof of service having been filed on May 6, 2008 and on Joaquin Rubi on April 29, 2008, and proof of service having been filed on May 8, 2008 and the defendant failing to appear at the Pretrial Conference on May 14, 2008, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $5,700.00; plus attorney fees amounting to $700.00 plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,870.00.

Dated: New York, New York
          6/4/08

                                            Jed S. Rakoff
                                            United States District Judge

                                            This document was entered on the docket
                                            on _____